1
2
3
4
5
6
7
8
9          **UNITED STATES DISTRICT COURT**
10          **EASTERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| CHONG YANG, | Case No.: 1:24-cv-01362-EPG |
|      Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
|    vs. | |
| FRANK BISIGNANO, Commissioner of Social Security,[1] | |
|      Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 2, 2025, up to and including July 2, 2025. This is the Defendant's first request for an extension.

Based on a review of the record, undersigned counsel requires additional time to explore settlement options. Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel contacted Plaintiff's counsel on May 22, 2025, and he had no objection to this request.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 22, 2025 　　　　　　　　　/s/ *Jonathan O. Peña*\*
(\*as authorized via e-mail on May 22, 2025)
JONATHAN O. PEÑA
Attorney for Plaintiff

Dated: May 22, 2025 　　　　　　　　　MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:　　/s/ *Noah Schabacker*
NOAH SCHABACKER
Special Assistant U.S. Attorney

Attorneys for Defendant

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the parties' stipulation (ECF No. 17), IT IS SO ORDERED that Defendant shall have an extension, up to and including July 2, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **May 23, 2025**                     /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE